# United States District Court
# Central District of California

| | |
|---|---|
| MICROHITS INC., | Case No. 2:13-cv-07342-ODW(AJWx) |
| Plaintiff, | |
| v. | **ORDER CONTINUING ORDER TO** |
| LIME GROUP LLC; LIME WIRE LLC; MARK GORTON, | **SHOW CAUSE RE. SETTLEMENT** |
| Defendants. | |

On February 11, 2014, the parties informed that Court that they reached a settlement in this action. (ECF No. 22.) The Court subsequently ordered the parties to show cause by February 26, 2014, why they had not finalized settlement. (ECF No. 23.) On February 24, 2014, Plaintiff Microhits LLC responded to the Order, representing that the parties were finalizing the settlement agreement. Microhits thus requests a nine-day extension of the Order to Show Cause.

While it is not necessary that this case tarry on the Court's docket while the parties finalize settlement, the Court will grant the request for the short continuance. The Court therefore **CONTINUES** the Order to Show Cause deadline to **Monday, March 10, 2014**. No hearing will be held. The Court will discharge this Order upon the filing of a stipulated or voluntary dismissal. But the Court will not grant any further extensions.

The Court also reminds the parties that when they seek relief from the Court, they must lodge a proposed order along with their motion, stipulation, or application. L.R. 7-20.  Further failure to comply with the Local Rules may subject the parties to sanctions within this Court's discretion.  L.R. 83-7.

**IT IS SO ORDERED.**

February 25, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**